IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBERT LEE DOE, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 112-185 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which untimely objections have been filed (doc. no. 12).[1]  The Magistrate Judge recommended that Plaintiff's complaint be dismissed based on his failure to submit an amended complaint in accordance with the Magistrate Judge's February 7th Order.  (See doc. no. 10.)  In making his recommendation, the Magistrate Judge noted Plaintiff's now-familiar pattern of filing cases and subsequently failing to comply with his Orders, and he additionally pointed out that the complaint in this case is duplicative of the complaint in Plaintiff's previous case (id.), which the Court dismissed for failure to state a claim, see Doe v. Charlie Norwood - Veterans Administration Medical Center, CV 112-153, doc. no. 7 (S.D. Ga. Nov. 26, 2012).

---

[1]In the Magistrate Judge's April 23, 2013 Order, he instructed that Plaintiff had until May 10, 2013, within which to file objections to the R&R.  (Doc. no. 11, p. 1.)  However, Plaintiff did not file his objections until May 14, 2013.  (See doc. no. 12.)  Nevertheless, in order to address Plaintiff's ongoing pattern of non-compliance with court orders, the Court will herein consider Plaintiff's untimely objections.

In Plaintiff's recent submission, he provides a perfunctory list of objections, which include his limited resources, his inability to drive, his continuing problems with the postal service, surgery that he underwent in February of 2013, and his limited knowledge of legal procedures. (See doc. no. 11.)  However, nowhere in his submission, which consists solely of that bullet-pointed list of objections without any elaboration whatsoever, does Plaintiff provide any compelling explanation for his repeated – and continuing – failure to comply with court orders.  As noted above, the Magistrate Judge recommended in his April 23, 2013 R&R that Plaintiff's complaint be dismissed due to his failure to submit an amended complaint as directed.  (See doc. no. 10.)  Plaintiff's recent filing conspicuously makes no mention of the Magistrate Judge's recommendation, nor is it accompanied by any semblance of an amended complaint.  (See doc. no. 12.)

In sum, and in keeping with the Magistrate Judge's fair warning (doc. no. 10, p. 4 n.4), the Court will not continue to expend judicial resources entertaining Plaintiff's claims where, as here, he provides no indication of an intention to comply with the Court's instructions and instead persists in simply blaming the postal service at the eleventh hour for his failure to pursue his case.  Thus, Plaintiff's objections are **OVERRULED**.  Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.  Therefore, Plaintiff's complaint is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 20th day of May, 2013, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA